# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
RDL COPY CENTRE, INC. §   Case No. 08-10073
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth Gardner
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/18/2010 in Courtroom 644,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: __Kenneth S. Gardner_____
                                                                 Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RDL COPY CENTRE, INC. § Case No. 08-10073
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,314.91 |
| and approved disbursements of | $ | 35.18 |
| leaving a balance on hand of[1] | $ | 22,279.73 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Phillip D. Levey | $ 2,981.49 | $ 50.35 |
| Attorney for trustee: Phillip D. Levey | $ 5,561.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Lois West and Popowcer & Katten, Ltd. | $ 1,032.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,309.55  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000009B* | *Internal Revenue Service* | $ 3,309.55 | $ 3,309.55 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,612.91  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Spiral Binding Company, Inc.* | $ 216.25 | $ 216.25 |
| *000002* | *Yellow Book USA* | $ 1,221.00 | $ 1,221.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Trade Envelope | $ 800.66 | $ 800.66 |
| 000004 | Integrated E Solutions | $ 1,000.00 | $ 1,000.00 |
| 000005 | JAC Printing | $ 3,375.00 | $ 3,375.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 25,880.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 10.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Vince Trungale | $ 25,880.00 | $ 2,662.09 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 683.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 10.3 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | Illinois Department of Revenue | $ 280.00 | $ 28.80 |
| 000009A | Internal Revenue Service | $ 403.85 | $ 41.54 |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Kenneth S. Gardner  
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt               Page 1 of 1                   Date Rcvd: Jan 19, 2010
Case: 08-10073                Form ID: pdf006             Total Noticed: 32

The following entities were noticed by first class mail on Jan 21, 2010.
 db           +RDL Copy Centre, Inc.,    7226 W. Roosevelt Rd.,    Forest Park, IL 60130-2456
 aty          +John A Lipinsky,    Coman & Anderson, P.C.,    2525 Cabot Drive,    Suite 300,    Lisle, IL 60532-0916
 tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
12170504      +Able Printing,    6837 West Stanley Ave.,    Berwyn, IL 60402-3041
12170505      +Banc of America Leasing,    305 W. Big Beaver Rd.,    Ste. 400,    Troy, MI 48084-5223
12170506      +Canon Business Solution,    425 N. Martingale Rd.,    Schaumburg, IL 60173-2406
12170507      +Canon Financial Services, Inc.,    P.O. Box 4004,    Carol Stream, IL 60197-4004
12170509       Capital Recovery Corp.,    P.O. Box 1008,    Alpharetta, GA 30009-1008
12170510      +Dolores C. DeLeon,    2329 Fairchild Lane,    West Chicago, IL 60185-6167
12170512       General Binding Corporation,    P.O. Box 71361,    Chicago, IL 60694-1361
12170514      +General Electrical Capital Corp.,    3000 Lakeside Dr.,    Ste. 200N,    Bannockburn, IL 60015-1249
12170513      +General Electrical Capital Corp.,    3000 Lakeside Dr.,    Ste. 200N,    Deerfield, IL 60015-1249
12170515       Gordon Flesch Co.,    P.O. Box 992,    Madison, WI 53701-0992
14939464     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    Centralized Insolvency Operations,
                Stop N781,    P.O. Box 21126,    Philadelphia, Pa 19114)
14588069       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
12170511      +Integrated E Solutions,    224 N Des Plaines Ste 1-N,    Chicago, IL 60661-1070
12170516      +J.S. Paluch Co., Inc.,    P.O. Box 2703,    Schiller Park, IL 60176-0703
12170517      +JAC Printing,    1281 Humbracht Circle,    Suite J,    Bartlett, IL 60103-1623
12170518       Lancer Label,    P.O. Box 644276,    Pittsburgh, PA 15264-4276
12170519      +Landlord,    Vince Trungale,    7234 W. Roosevelt Rd.,    Forest Park, IL 60130-2906
12170520       Murphy Loman & Assoc.,    P.O. Box 2206,    Des Plaines, IL 60017-2206
12170521      +Premier Office Products, Inc.,    9654 W. 131st St.,    Ste. 201,    Palos Park, IL 60464-1640
12170522       Quill,    P.O. Box 37600,    Philadelphia, PA 19101-0600
12170523      +RMS,    4836 Brecksville Rd.,    P.O. Box 523,    Richfield, OH 44286-0523
12170524      +Rolando DeLeon,    825 Crab Apple Ct.,    West Chicago, IL 60185-1981
12170525      +Spiral Binding Company, Inc.,    ONe Maltese Dr.,    P.O. Box 286,    Totowa, NJ 07511-0286
12170526      +Teller, Levit & Silvertrust, PC,    11 E. Adams St.,    Chicago, IL 60603-6369
12170527      +Trade Envelope,    Ennis Inc,    2441 Presidential Pkwy,    Midlothian, TX 76065-3723
12170528      +Vince Trungale,    7234 W. Roosevelt Rd.,    Forest Park, IL 60130-2906
12170529       West Asset Management,    P.O. Box 105812,    Atlanta, GA 30348-5812
12170530       Xerox Corporation,    88188 Expedite Way,    Chicago, IL 60695-0001
12170531      +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    PO Box 5126,    Timonium, MD 21094-5126
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
 aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
12170508*      Canon Financial Services, Inc.,    P.O. Box 4004,    Carol Stream, IL 60197-4004
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 21, 2010**          **Signature:** *Joseph Speetjens*