UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
RDL COPY CENTRE, INC.               §       Case No. 08-10073
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| LOIS WEST AND POPOWCER & KATTEN, LT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTEGRATED E SOLUTIONS | | | | | |
| JAC PRINTING | | | | | |
| SPIRAL BINDING COMPANY, INC. | | | | | |
| TRADE ENVELOPE | | | | | |
| YELLOW BOOK USA | | | | | |
| VINCE TRUNGALE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-10073 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: | RDL COPY CENTRE, INC. | | | Date Filed (f) or Converted (c): | 04/23/08 (f) |
| | | | | 341(a) Meeting Date: | 05/20/08 |
| For Period Ending: | 05/10/10 | | | Claims Bar Date: | 09/10/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Forest park National Bank | 0.00 | Unknown | | 10,302.23 | FA |
| 2. Accounts receivable as of March 17, 2008 | 14,132.00 | Unknown | DA | 0.00 | FA |
| 3. 1997 Chevy Astro cargo van 113,000 miles | 2,250.00 | Unknown | DA | 0.00 | FA |
| 4. 2001 Chevy Express van 87,000 miles | 5,500.00 | Unknown | DA | 0.00 | FA |
| 5. 2000 Toyota 4 Runner 147,000 miles Rolando De Leon | 2,300.00 | Unknown | | 2,000.00 | FA |
| 6. 2004 Mercedes Benz C 230 24,000 miles Rolando De L | 7,700.00 | Unknown | | 10,000.00 | FA |
| 7. 6 desks, 7 credenzas, 8 chairs, 6 tables, 10 file | 1,900.00 | Unknown | DA | 0.00 | FA |
| 8. Copiers: 3 Xerox 5100 copiers; 1 Xerox 5900 copier | 14,500.00 | Unknown | DA | 0.00 | FA |
| 9. Misc. office equipment: 1 Triumph paper cutter; 1 | 800.00 | Unknown | DA | 0.00 | FA |
| 10. 320,000 sheets of paper, various sizes and grades | 6,855.00 | Unknown | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.67 | Unknown |

TOTALS (Excluding Unknown Values)      $55,937.00      $0.00      $22,315.90

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/09    Current Projected Date of Final Report (TFR): 11/30/09

LFORM1
**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-10073 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | RDL COPY CENTRE, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3140 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6665 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/08 | 1 | Rolando DeLeon | Turnover of Bank Account | 1129-000 | 10,302.23 | | 10,302.23 |
| 06/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.75 | | 10,302.98 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.31 | | 10,304.29 |
| 08/29/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.30 | | 10,305.59 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,306.86 |
| 10/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.00 | | 10,307.86 |
| 11/28/08 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.84 | | 10,308.70 |
| 12/11/08 | 5, 6 | Coman & Anderson, PC | Sale of Automobiles | 1129-000 | 12,000.00 | | 22,308.70 |
| 12/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.67 | | 22,309.37 |
| 01/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,309.55 |
| 02/27/09 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 22,309.72 |
| 03/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 22,309.92 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | 2300-000 | | 35.18 | 22,274.74 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.49 | | 22,275.23 |
| 05/29/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,275.79 |
| 06/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,276.35 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,276.92 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,277.49 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 22,278.04 |
| 10/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,278.60 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,279.16 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,279.73 |
| 01/29/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,280.29 |
| 02/24/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.43 | | 22,280.72 |
| 02/24/10 | | Transfer to Acct #*******3564 | Final Posting Transfer | 9999-000 | | 22,280.72 | 0.00 |

Page Subtotals  22,315.90    22,315.90

Ver: 15.08

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 08-10073 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | RDL COPY CENTRE, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3140  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6665 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 22,315.90 | 22,315.90 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 22,280.72 | |
| Subtotal | | 22,315.90 | 35.18 | |
| | Less:  Payments to Debtors | | 0.00 | |
| Net | | 22,315.90 | 35.18 | |

Page Subtotals     0.00     0.00

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 08-10073 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | RDL COPY CENTRE, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3564 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6665 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/10 | | Transfer from Acct #*******3140 | Transfer In From MMA Account | 9999-000 | 22,280.72 | | 22,280.72 |
| 03/04/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,981.59 | 19,299.13 |
| 03/04/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 50.35 | 19,248.78 |
| 03/04/10 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,561.00 | 13,687.78 |
| 03/04/10 | 000104 | Lois West and Popowcer & Katten, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,032.00 | 12,655.78 |
| 03/04/10 | 000105 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Stop N781<br>P.O. Box 21126<br>Philadelphia, Pa 19114 | Claim 000009B, Payment 100.00000% | 5800-000 | | 3,309.55 | 9,346.23 |
| 03/04/10 | 000106 | Spiral Binding Company, Inc.<br>ONe Maltese Dr.<br>P.O. Box 286<br>Totowa, NJ 07511 | Claim 000001, Payment 100.00000% | 7100-000 | | 216.25 | 9,129.98 |
| 03/04/10 | 000107 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | Claim 000002, Payment 100.00000% | 7100-000 | | 1,221.00 | 7,908.98 |
| 03/04/10 | 000108 | Trade Envelope<br>Ennis Inc<br>2441 Presidential Pkwy<br>Midlothian, TX 76065 | Claim 000003, Payment 100.00000% | 7100-000 | | 800.66 | 7,108.32 |
| | | | Page Subtotals | | 22,280.72 | 15,172.40 | |

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-10073 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | RDL COPY CENTRE, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3564 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6665 | | |
| For Period Ending: | 05/10/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/04/10 | 000109 | Integrated E Solutions<br>224 N Des Plaines Ste 1-N<br>Chicago, IL 60661 | Claim 000004, Payment 100.00000% | 7100-000 | | 1,000.00 | 6,108.32 |
| 03/04/10 | 000110 | JAC Printing<br>1281 Humbracht Circle<br>Suite J<br>Bartlett, IL 60103 | Claim 000005, Payment 100.00000% | 7100-000 | | 3,375.00 | 2,733.32 |
| 03/04/10 | 000111 | Vince Trungale<br>7234 W. Roosevelt Rd.<br>Forest Park, IL 60130 | Claim 000006, Payment 10.28961% | 7200-000 | | 2,662.95 | 70.37 |
| 03/04/10 | 000112 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000008, Payment 10.28929% | 7300-000 | | 28.81 | 41.56 |
| 03/04/10 | 000113 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Stop N781<br>P.O. Box 21126<br>Philadelphia, Pa 19114 | Claim 000009A, Payment 10.29095% | 7300-000 | | 41.56 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 22,280.72 | 22,280.72 | 0.00 |
| Less: Bank Transfers/CD's | | 22,280.72 | 0.00 | |
| Subtotal | | 0.00 | 22,280.72 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 22,280.72 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3140 | 22,315.90 | 35.18 | 0.00 |
| Checking Account (Non-Interest Earn - ********3564 | 0.00 | 22,280.72 | 0.00 |
| | ------------------ | ------------------ | ------------------ |

Page Subtotals    0.00    7,108.32

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-10073 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | RDL COPY CENTRE, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3564 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6665 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 22,315.90 | 22,315.90 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*